CLARENCE T. BULLARD and Others, Copartners, etc., Respondents, v. JOHN THALLON & CO., INC., Appellant.— Order denying motion to strike out allegations in complaint as irrelevant and redundant affirmed, with ten dollars costs and disbursements. Order denying motion for order directing plaintiffs to separately state and number causes of action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.